# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## DECLARATION OF MARK WEISZ

I, Mark Weisz, hereby declare:

1. I am Senior Vice President, Global Tax, for Walgreens Boots Alliance, Inc. I make this declaration based on personal knowledge and my familiarity with the businesses organization and operations of Walgreens Boots Alliance, Inc. ("WBA") and affiliated companies.

2. WBA was incorporated in September 2014 and, on December 31, 2014, became the parent of Walgreen Co. pursuant to a merger and corporate reorganization into a holding company structure. WBA is incorporated under Delaware law and has its headquarters and principal place of business in Deerfield, Illinois.

3. WBA is a holding company that has no employees in Ohio and conducts no business activities in Ohio.

4. Walgreen Co. has been a subsidiary of WBA since December 31, 2014 and continues to operate retail drug stores with pharmacies across the country, as it did before the merger. WBA does not operate any retail drug stores or pharmacies in Ohio or elsewhere.

5. Walgreen Co. and indirect subsidiaries of WBA, including Walgreen Eastern Co. and Walgreen Arizona Drug Co., were formerly involved in the regulated distribution of prescription opioid medications to Walgreen Co.'s retail pharmacies. WBA has never distributed prescription opioid medications in Ohio or elsewhere.

6. WBA is a legally distinct entity from its subsidiary Walgreen Co. and does not conduct business under the Walgreen Co. name.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2018.

_____
Mark W.

1