# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cleveland Bakers & Teamsters Health & Welfare Fund, et al. v. Purdue Pharma, L.P., et al.*<br>Case No. 1:18-op-45432-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One (Dkt. 232) and Four (Dkt. 485), Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated herein.

Pursuant to Case Management Order One Sections 2.g and 2.j, Distributors raise "only those issues they believe are most critical" and do not waive and hereby preserve any defenses not addressed in the motion and accompanying memorandum of law and reserve their rights "to file an individual motion to dismiss" at the appropriate time.

Dated: July 23, 2018                          Respectfully submitted,

*/s/ Robert A. Nicholas*                  */s/ Enu Mainigi*
Robert A. Nicholas                       Enu Mainigi
Shannon E. McClure                   F. Lane Heard III
**REED SMITH LLP**                   Steven M. Pyser
Three Logan Square                    Ashley W. Hardin
1717 Arch Street, Suite 3100        **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103               725 Twelfth Street, N.W.
Tel: (215) 851-8100                    Washington, DC 20005
Fax: (215) 851-1420                   Tel: (202) 434-5000
rnicholas@reedsmith.com             Fax: (202) 434-5029
smcclure@reedsmith.com             emainigi@wc.com
                                                                    lheard@wc.com
*Counsel for AmerisourceBergen Corporation*   spyser@wc.com
*and AmerisourceBergen Drug Corporation*     ahardin@wc.com

                                                    *Counsel for Cardinal Health, Inc.*

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-6000
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
