UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Cleveland Bakers & Teamsters Health & Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45432 (N.D. Ohio) | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

MOTION TO DISMISS COMPLAINT
BY DEFENDANTS WALMART INC., CVS HEALTH CORP., RITE AID OF
MARYLAND, INC., AND WALGREENS BOOTS ALLIANCE, INC.

Defendants Walmart Inc., CVS Health Corp., Rite Aid of Maryland, Inc., and Walgreens Boots Alliance, Inc. (collectively the "Moving Defendants") move to dismiss the Complaint pursuant to Rules 12(b)(1) and 12(b)(6). The Complaint must be dismissed for the reasons set forth in the accompanying Memorandum of Law.  It must also be dismissed for the reasons set forth in the *Motion to Dismiss Summit County Second Amended Complaint by Walmart Inc., CVS Health Corp., Rite Aid Corp., and Walgreens Boots Alliance, Inc.*, Doc. #497, and in the motion submitted by Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug

-1-

Corporation, both of which are incorporated by reference pursuant to Case Management Order One.  *See* Doc. #232.

Dated:  23 July 2018

                Respectfully submitted,

/s/    Tara A. Fumerton

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/s/    Eric R. Delinsky (consent)

Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Attorneys for CVS Health Corporation*

/s/    Kelly A. Moore (consent)

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612

Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc.*

/s/    Kaspar Stoffelmayr (consent)

Kaspar Stoffelmayr
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreens Boots Alliance, Inc*.

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 23, 2018, this Motion to Dismiss was filed electronically on the master docket for this matter. Case Management Order One provides that "[e]lectronic case filing of a document, other than an initial pleading, in the master docket shall be deemed to constitute proper service on all parties." ECF No. 232 at 8 (No. 1:17-MD-2804).

                          /s/   <u>Tara A. Fumerton</u>

                          Tara A. Fumerton
                          JONES DAY
                          77 West Wacker
                          Chicago, IL 60601
                          Phone: (312) 269-4335
                          Fax: (312) 782-8585
                          E-mail: tfumerton@jonesday.com