UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.*, No. 1:18-op-45432 (N.D. Ohio) | MDL No. 2804<br><br>No. 1:17-md-2804<br><br>Judge Dan A. Polster |

UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD
CVS INDIANA, L.L.C., CVS RX SERVICES, INC., CVS TN DISTRIBUTION, LLC AND
CVS PHARMACY INC. AS DEFENDANTS

4837-2608-7342.v1

Pursuant to Federal Rule of Civil Procedure ("Rule") 21, Plaintiffs in the above-captioned case hereby move to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Indiana, L.L.C. ("CVS Indiana"), CVS Rx Services, Inc. ("CVS Rx Services"), CVS TN Distribution, LLC and CVS Pharmacy Inc. ("CVS Pharmacy") as Defendants in this case. CVS Health does not oppose the motion.

On July 23, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Rule 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot. *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al.*, No. 1:18-op-45432-DAP, ECF No. 11 (N.D. Ohio July 23, 2018); *In re Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804-DAP, ECF No. 771 (N.D. Ohio July 23, 2018).

This motion and the addition of CVS Indiana, CVS Rx Services, CVS TN Distribution, LLC and CVS Pharmacy to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Indiana, CVS Rx Services, CVS TN Distribution, LLC and CVS Pharmacy as Defendants in the case.

DATED: December 9, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
    & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED

          s/ Aelish M. Baig
          AELISH M. BAIG

- 1 -

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

FAULKNER, HOFFMAN & PHILLIPS, LC
GEORGE H. FAULKNER (0031582)
JOSEPH C. HOFFMAN, JR. (0056060)
JOSEPH D. MANDO (0082835)
20445 Emerald Parkway Drive, Suite 210
Cleveland, OH  44135
Telephone   216/781-3600
216/781-8839 (fax)
faulkner@fhplaw.com
hoffman@fhplaw.com
mando@fhplaw.com

Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of December, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/ Aelish M. Baig
AELISH M. BAIG
*Counsel for Plaintiffs*

4837-2608-7342.v1